**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| JOSE MANUEL VARGAS; et al., | No. 08-71414 |
| Petitioners, | Agency Nos. A095-306-062 |
| ERIC H. HOLDER, Jr., Attorney General, | A095-306-063 |
| | A078-112-672 |
| Respondent. | |
| | MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Jose Manuel Vargas and his family, natives and citizens of Mexico, petition

pro se for review of the Board of Immigration Appeals' ("BIA") order denying

their applications for cancellation of removal and denying their motion to remand.

Our jurisdiction is governed by 8 U.S.C. § 1252.  We dismiss in part and deny in

part the petition for review.

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the BIA's discretionary determination that petitioners failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005). Petitioners' contentions that the agency applied an incorrect hardship standard and failed to consider relevant hardship factors are not supported by the record and do not amount to colorable claims over which we have jurisdiction. *See Mendez-Castro v. Mukasey*, 552 F.3d 975, 980 (9th Cir. 2009).

In their opening brief, petitioners fail to address, and therefore have waived any challenge to, the BIA's denial of their motion to remand. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996).

**PETITION FOR REVIEW DISMISSED, in part; DENIED, in part.**